# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

SHAWNE GIELEN GARDINER                    DOCKET NO.:6:22-591

VERSUS

UNITED STATES OF AMERICA                  **JUDGE DEE D. DRELL**
                                          **MAG. JUDGE DAVID AYO**

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is hereby

ORDERED that the United States of America's motion to dismiss (Doc. 7) is GRANTED. All claims of Shawne Gielen Gardiner are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction

THUS DONE AND SIGNED this 30 day of November 2022, at Alexandria, Louisiana.


                                          SENIOR JUDGE DEE D. DRELL
                                          UNITED STATES DISTRICT COURT